# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 12 MAL 2016
:
            Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
        v. :
:
:
:
SCOTT MICHAEL MCELROY, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.